GEORGE M. CHAPMAN, Appellant, *v.* STEPHEN W. FULLERTON et al., Respondents.

*Amasa J. Parker* for the respondents.

Judgment affirmed by default.